UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>APEX BUILDING COMPANY, INC.,<br><br>    Defendant. | No. 23 Civ. 7838 |

    PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, the United States of America, by its attorney, Damian Williams, United States Attorney for the Southern District of New York, hereby moves this Court to enter the proposed consent decree lodged at Docket Number 3-1.

Dated: October 31, 2023
       New York, New York

                                      DAMIAN WILLIAMS
                                      United States Attorney for the
                                      Southern District of New York
                                      *Attorney for the United States of America*


By:    */s/ Mónica Folch*
          MÓNICA P. FOLCH
          ZACHARY BANNON
          Assistant United States Attorney
          86 Chambers Street
          New York, New York 10007
          Telephone: (212) 637-2800
          Email: monica.folch@usdoj.gov
                   zachary.bannon@usdoj.gov