

**KENNETH M. ABELL**
(646) 970-7341 (Direct Dial)
kabell@aellaw.com
aellaw.com
256 Fifth Avenue, 5th floor
New York, New York 10001

November 16, 2023

**BY ECF**
The Honorable Jennifer H. Rearden
United States District Court
Southern District of New York
500 Pearl Street, Room 1010
New York, NY 10007

    Re:    <u>United States v. Apex Building Company, Inc.</u> Case No. 23-CR-7838 (JHR)

Dear Judge Rearden:

    We represent defendant Apex Building Company, Inc. ("Apex") in the above-referenced matter. On October 31, 2023, the Government filed its Motion to Enter Consent Decree and a supporting memorandum. <u>See</u> Docket Entries 4 and 5. We write today to advise the Court that Apex has no objection to the relief sought in the Government's motion and joins in the Government's request that the Court enter the Consent Decree.

    Respectfully submitted,

    Abell Eskew Landau LLP

By: _____
    Kenneth M. Abell